ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| JOSÉ ANTONIO TORRES PÉREZ; DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS, NEGOCIADO DE NORMAS DE TRABAJO<br><br>RECURRIDO<br><br>V.<br><br>NEODECK HOLDING CORP.<br><br>RECURRENTE | KLRA202400111 | *REVISIÓN JUDICIAL* procedente del Departamento del Trabajo y Recursos Humanos; Negociado de Normas de Trabajo; Oficina Área de Ponce<br>_____<br>Re: A4-D1-DP-0097-22<br><br>SOBRE:<br><br>Despido Injustificado |

Panel integrado por su presidente el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro.

# RESOLUCIÓN EN RECONSIDERACIÓN

En San Juan, Puerto Rico, a 5 de abril de 2024.

Examinada la *Comparecencia Especial del Departamento del Trabajo y Solicitud de Enmienda Nunc Pro Tunc a Sentencia* presentada por el Gobierno de Puerto Rico, el 1 de abril de 2024, este Tribunal resuelve como sigue:

Ha Lugar, se acogen los argumentos de la Recurrida Departamento del Trabajo, sobre el fundamento desestimatorio del recurso. Se resuelve que el mismo no cumple con la Regla 56 del Reglamento del Tribunal de Apelaciones, ya que la determinación que fuera notificada no es una final, y por ende, este Tribunal carece de jurisdicción sobre el recurso presentado por ser prematuro.

Lo acuerda y manda el Tribunal y lo certifica la Secretaria del Tribunal.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

NÚMERO IDENTIFICADOR

RES2024_____